IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

FILED
-9 JUN 98 AM 10: 55
DISTRICT OF UTAH

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA,       )

                                     Case No. 2:98-CR-0278-S

                        )

           Plaintiff,       )

                        )

          v.       )           ORDER OF REFERRAL

                        )

RAOBERT G. WEEKS and DAVID A.       )
HESTERMAN,
           Defendants.       )

                        )

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


IT IS ORDERED that, as authorized by 28 U.S.C. § 636(b)

(1)(B) and the rules of this court, the above entitled case is

referred to the magistrate. He is directed to manage the case, to

receive all motions filed, hear oral arguments thereon, to conduct

evidentiary hearings when proper and make proposed findings of

fact, and to submit to the undersigned judge a report and recommen-

dation for the proper resolution of dispositive matters presented.

DATED this ___9th___ day of ___June___, 19___.

                        BY THE COURT:


                        DAVID SAM
                        U.S. DISTRICT CHIEF JUDGE

mjm

United States District Court
for the
District of Utah
June 9, 1998


* * MAILING CERTIFICATE OF CLERK * *


Re:  2:98-cr-00278



**True and correct copies of the attached were mailed by the clerk to the following:**


    Mr. Stewart C. Walz, Esq.
    US ATTORNEYS OFFICE - UTAH
    ,
    PFAX 9,5245985

    Leslie J. Hendrickson, Esq.
    SECURITIES AND EXCHANGE COMMISSION
    1801 CALIFORNIA ST #4800
    DENVER, CO  80202-2648

    Mr. Max D Wheeler, Esq.
    SNOW CHRISTENSEN & MARTINEAU
    10 EXCHANGE PLACE
    PO BOX 45000
    SALT LAKE CITY, UT  84145-5000
    FAX 9,3630400

    USMS
    DISTRICT OF UTAH
    ,
    FAX 9,5244359

    US Probation
    DISTRICT OF UTAH
    ,
    FAX 9,5261136