IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 98-CR-278 S |
| ) | |
| v. ) | |
| ) | |
| ROBERT WEEKS & DAVID HESTERMAN, ) | O R D E R |
| ) | |
| Defendant(s). ) | |

Defendant David A. Hesterman has made a motion "Pursuant to Utah Rule of Criminal Procedure 16(a)" for discovery. The Utah Rules of Criminal Procedure have no application in this court.

DUCrimR16-1 governs motions for discovery in a criminal case, in this court. DuCrimR16-1(a) provides:

> . . . . . Prior to filing discovery requests or motions with the court, counsel for the government and for the defendant must attempt to agree to a mutually acceptable pretrial exchange of discovery. If such an agreement is reached, counsel for both parties must sign and file with the court a joint discovery statement describing the terms and conditions of the agreement.

There is no showing that defendant Hesterman has complied with the above local rule. In addition, the requests made by defendant [which frequently refer to the "State"] are outside the standards of Rule 16, F.R.C.P. Normally an open file policy is employed by the United States Attorney. Therefore,

**IT IS HEREBY ORDERED** the defendant David Hesterman's motion for discovery is denied until there is compliance with DUCrimR16-1 and a motion in

proper form with relevant content is submitted.

DATED this ___10th___ day of __June__, 1998.

BY THE COURT:

*[signature]*

Ronald N. Boyce

United States Magistrate Judge

```
                                                              mjm
                    United States District Court
                             for the
                        District of Utah
                         June 15, 1998


             * * MAILING CERTIFICATE OF CLERK * *


Re:    2:98-cr-00278



True and correct copies of the attached were mailed by the clerk to the
following:

       Mr. Stewart C. Walz, Esq.
       US ATTORNEYS OFFICE - UTAH
       ,
       PFAX 9,5245985

       Leslie J. Hendrickson, Esq.
       SECURITIES AND EXCHANGE COMMISSION
       1801 CALIFORNIA ST #4800
       DENVER, CO   80202-2648

       Mr. Max D Wheeler, Esq.
       SNOW CHRISTENSEN & MARTINEAU
       10 EXCHANGE PLACE
       PO BOX 45000
       SALT LAKE CITY, UT   84145-5000
       FAX 9,3630400

       USMS
       DISTRICT OF UTAH
       ,
       FAX 9,5244359

       US Probation
       DISTRICT OF UTAH
       ,
       FAX 9,5261136
```