FILED

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:98-CR-0278-S |
| Plaintiff, | ) | |
| vs. | ) | |
| ROBERT G. WEEKS and DAVID A. HESTERMAN, | ) | O R D E R |
| | ) | |
| Defendants. | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Before the court is the motion of defendant David A. Hesterman to extend the motion deadline and continue the trial date in this matter. Based upon the record and representation of counsel, the court finds as follows:

1. The deadline for filing motions in this matter was scheduled for July 28, 1998.

2. Trial was scheduled to begin August 24, 1998.

3. A continuance is required to facilitate adequate trial preparation, in view of the complexity of the case, the length of time the Indictment covers, the location of witnesses and evidence, and the volume of documents to be reviewed.

4. It has been represented to the court that there are no objections to a continuance.

5. The ends of justice required by the granting of a continuance of this case outweigh the best interests of the public and the defendant in a speedy trial.

The court, therefore, GRANTS defendant's motion. Accordingly, IT IS HEREBY ORDERED that the motion deadline and the trial are continued without date at this time. The time is excluded under the appropriate provisions of the Speedy Trial Act.

DATED this 9th day of July, 1998.

BY THE COURT:

DAVID SAM
CHIEF JUDGE
U.S. DISTRICT COURT

ce

United States District Court
for the
District of Utah
July 10, 1998

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   2:98-cr-00278

True and correct copies of the attached were mailed by the clerk to the following:

    Mr. Stewart C. Walz, Esq.
    US ATTORNEYS OFFICE - UTAH
    ,
    PFAX 9,5245985

    Leslie J. Hendrickson, Esq.
    SECURITIES AND EXCHANGE COMMISSION
    1801 CALIFORNIA ST #4800
    DENVER, CO  80202-2648

    Mr. James N. Barber, Esq.
    MOONEY LAW FIRM PC
    50 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101-2006

    Mr. Max D Wheeler, Esq.
    SNOW CHRISTENSEN & MARTINEAU
    10 EXCHANGE PLACE
    PO BOX 45000
    SALT LAKE CITY, UT  84145-5000
    FAX 9,3630400

    USMS
    DISTRICT OF UTAH
    ,
    FAX 9,5244359

    US Probation
    DISTRICT OF UTAH
    ,
    FAX 9,5261136