MAX D. WHEELER (A3439)
RICHARD A. VAN WAGONER (A4690)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000
Attorneys for Defendant David A. Hesterman



## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT G. WEEKS and<br>DAVID A. HESTERMAN,<br><br>　　　　　Defendants. | **ORDER**<br><br>2:98 CR 0278S<br><br>Judge David Sam<br><br>Magistrate Judge Boyce |

IT IS HEREBY ORDERED that:

Defendant, David A. Hesterman, is permitted to travel outside the United States to Cancun, Mexico, on or about November 4, 1998 and return to the United States on or about November 10, 1998. It is also ordered that his passport be turned over to him for this approved travel, and upon his return, he shall relinquish his passport.

DATED this ____ day of October, 1998.

BY THE COURT:

_____
Magistrate Judge Boyce
United States District Court

ce

United States District Court
for the
District of Utah
October 27, 1998

* * MAILING CERTIFICATE OF CLERK * *

Re:   2:98-cr-00278


True and correct copies of the attached were mailed by the clerk to the following:

    Mr. Stewart C. Walz, Esq.
    US ATTORNEYS OFFICE - UTAH
    ,
    PFAX 9,5245985

    Leslie J. Hendrickson, Esq.
    SECURITIES AND EXCHANGE COMMISSION
    1801 CALIFORNIA ST #4800
    DENVER, CO   80202-2648

    Mr. Max D Wheeler, Esq.
    SNOW CHRISTENSEN & MARTINEAU
    10 EXCHANGE PLACE
    PO BOX 45000
    SALT LAKE CITY, UT   84145-5000
    FAX 9,3630400

    USMS
    DISTRICT OF UTAH
    ,
    FAX 9,5244359

    US Probation
    DISTRICT OF UTAH
    ,
    FAX 9,5261136

    Tom Biesinger, Finan Admin
    USDC - UT