FILED
CLERK, U.S. DISTRICT COURT
22 JUN 99 AM 9: 14
DISTRICT OF UTAH
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>v.<br><br>ROBERT G. WEEKS, et al.,<br><br>                 Defendants. | **ORDER OF REFERENCE**<br><br>Case No. 2:98 CR 278 K |

      In an order dated June 9, 1998, Chief Judge David Sam referred the above-entitled case to a magistrate pursuant to 28 U.S.C.§ 636(b)(1)(B) and the rules of this Court. Pursuant to that order, on June 11, 1998, the case was assigned to Magistrate Judge Ronald N. Boyce. This Court hereby affirms that reference and assignment and directs Judge Boyce to manage the case, receive all motions, hear oral arguments, conduct evidentiary hearings as deemed appropriate, and to submit to the undersigned judge a report and recommendation for the proper resolution of dispositive matters presented.

      DATED this 21st day of June, 1999.

                              BY THE COURT:

                              DALE A. KIMBALL
                              United States District Judge

39

```
                                                              jag
                   United States District Court
                            for the
                        District of Utah
                         June 22, 1999


              * * MAILING CERTIFICATE OF CLERK * *


Re:  2:98-cr-00278



True and correct copies of the attached were mailed by the clerk to the
following:


     Mr. Stewart C. Walz, Esq.
     US ATTORNEY'S OFFICE
     ,
     JFAX 9,5245985

     Leslie J. Hendrickson, Esq.
     SECURITIES AND EXCHANGE COMMISSION
     1801 CALIFORNIA ST #4800
     DENVER, CO  80202-2648

     Mr. James N. Barber, Esq.
     50 W BROADWAY #100
     SALT LAKE CITY, UT  84101-2006
     JFAX 9,3643406

     Mr. Max D Wheeler, Esq.
     SNOW CHRISTENSEN & MARTINEAU
     10 EXCHANGE PLACE
     PO BOX 45000
     SALT LAKE CITY, UT  84145-5000
     JFAX 9,3630400

     USMS
     DISTRICT OF UTAH
     ,
     JFAX 9,5245134

     US Probation
     DISTRICT OF UTAH
     ,
     JFAX 9,5261136

     Mr. Walter F. Bugden, Esq.
     BUGDEN COLLINS & MORTON
     4021 S 700 E STE 400
     SALT LAKE CITY, UT  84107
```