FILED
CLERK, U.S. DISTRICT COURT

30 JUN 99 PM 2: 56

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

RECEIVED CLERK

DEC 8 ' 1998

DEC - 8 1998
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE: Letter Rogatory to Chile in the Prosecution of Robert G. Weeks and David A. Hesterman. | : : | No. 2:98CR 278S<br><br>ORDER |

Based upon the motion of the United States of America for the issuance of a letter rogatory to the appropriate judicial authorities in Chile it is hereby ordered that the motion is granted, and it is further ordered that the letter rogatory be submitted to the Court in duplicate, one original to be retained in the court's files and the other original to be signed by the Court and delivered to Assistant United States Attorney Stewart C. Walz for translation and transmittal through suitable channels to the appropriate judicial authorities in Chile.

Dated this 30th day of ~~December, 1998.~~ June, 1999.

BY THE COURT:

DAVID SAM, Judge
United States District Court



mas

United States District Court
for the
District of Utah
July 1, 1999


* * MAILING CERTIFICATE OF CLERK * *


Re:  2:98-cr-00278


True and correct copies of the attached were mailed by the clerk to the
following:


    Mr. Stewart C. Walz, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Leslie J. Hendrickson, Esq.
    SECURITIES AND EXCHANGE COMMISSION
    1801 CALIFORNIA ST #4800
    DENVER, CO  80202-2648

    Mr. James N. Barber, Esq.
    50 W BROADWAY #100
    SALT LAKE CITY, UT  84101-2006
    JFAX 9,3643406

    Mr. Max D Wheeler, Esq.
    SNOW CHRISTENSEN & MARTINEAU
    10 EXCHANGE PLACE
    PO BOX 45000
    SALT LAKE CITY, UT  84145-5000
    JFAX 9,3630400

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5245134

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136

    Mr. Walter F. Bugden, Esq.
    BUGDEN COLLINS & MORTON
    4021 S 700 E STE 400
    SALT LAKE CITY, UT  84107