FILED
CLERK, U.S. DISTRICT COURT
29 JUN 99 PM 5:24
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | 2:98CR 278S |
| vs. | : | MAGISTRATE JUDGE BOYCE |
| | : | ORDER OF CONTINUANCE |
| ROBERT G. WEEKS, DAVID A. HESTERMAN AND TERRENCE DUNNE, | : | |
| Defendants. | : | |

On June 17, 1999, a pre-trial conference was held in the above captioned matter. The defendants Robert G. Weeks and David A. Hesterman were present represented by their counsel, James Barber and Max Wheeler, respectively. The United States was represented by Assistant United States Attorney Stewart C. Walz and Special Assistant United States Attorney Leslie Hendrickson. On June 18, 1999, a pre-trial conference was held in this matter wherein the defendant Terrence Dunne was represented by his attorney, Walter F. Bugden. The appearance of Terrence Dunne was waived by counsel. At the second hearing, the United States was represented by Assistant United States Attorney, Stewart C. Walz.

At the hearing on June 17, 1999, counsel for the United States and counsel for the defendant Hesterman represented to the court that additional time is needed to conduct discovery and to attempt to secure evidence from witnesses who reside in Chile. Neither defendant objected to additional time being afforded the parties to conduct this discovery. On June 18, 1999, Mr. Bugden did not object to the additional time being afforded the parties for

41

Based upon the additional time needed for international discovery, the complexity of the case, the record of the case, and good cause appearing, it is hereby ordered: (1) The case is continued to October 12, 1999 at 11:00 a.m. for further pre-trial; and (2) The period of delay between June 17, 1999 and the October 12, 1999 pre-trial is excluded from the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161. Specifically, the court finds that the ends of justice outweigh the best interest of the defendants and the public in a speedy trial for the reasons stated above. This finding is made pursuant to 18 U.S.C. § 3161 (h)(8)(A) and (B).

DATED this ___ day of _____, 1999.

BY THE COURT:

RONALD N. BOYCE
United States Magistrate Judge

```
                                                            mas
                  United States District Court
                            for the
                       District of Utah
                        July 1, 1999


              * * MAILING CERTIFICATE OF CLERK * *
```

Re:   2:98-cr-00278

True and correct copies of the attached were mailed by the clerk to the following:

```
    Mr. Stewart C. Walz, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Leslie J. Hendrickson, Esq.
    SECURITIES AND EXCHANGE COMMISSION
    1801 CALIFORNIA ST #4800
    DENVER, CO   80202-2648

    Mr. James N. Barber, Esq.
    50 W BROADWAY #100
    SALT LAKE CITY, UT   84101-2006
    JFAX 9,3643406

    Mr. Max D Wheeler, Esq.
    SNOW CHRISTENSEN & MARTINEAU
    10 EXCHANGE PLACE
    PO BOX 45000
    SALT LAKE CITY, UT   84145-5000
    JFAX 9,3630400

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5245134

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136

    Mr. Walter F. Bugden, Esq.
    BUGDEN COLLINS & MORTON
    4021 S 700 E STE 400
    SALT LAKE CITY, UT   84107
```