James N. Barber, No. 0198
Suite 100, Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 364-6500
Fax: (801) 364-3406
Attorney for Robert G. Weeks



# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) ORDER AMENDING |
| Plaintiff, | ) CONDITIONS OF RELEASE |
| | ) |
| v. | ) |
| | ) Civil No. 2:98cr 278s |
| ROBERT G. WEEKS and, | ) |
| DAVID A. HESTERMAN, | ) |
| | ) Judge: Ronald Boyce |
| Defendant. | ) |

Based on the Motion of Robert G. Weeks, the representations of his attorney James N. Barber and the stipulation of the United States entered herein by A.U.S.A. Stewart C. Walz, and good cause appearing:

NOW, THEREFORE, IT IS HEREBY ORDERED that James N. Barber, attorney for Robert G. Weeks, may recover Weeks' United States Passport from the Clerk of Court to be delivered to Weeks at the home of his sister at 22760 White Fir Lane, Diamond Bar, CA 91765 where he resides while working in California, and that thereafter, Robert G. Weeks may travel outside the United States on the following approximate schedule:

| Leaving | Destination | Approximate length of Stay |
|---|---|---|
| Salt Lake City | Philippine Islands | Five (5) days |



| | | |
|---|---|---|
| Philippine Islands | Seoul, Korea | Two (2) days |
| Seoul, Korea | London, England | Seven (7) days |
| London, England | Lima, Peru | Fourteen (14) days |

Approximate total days of travel: thirty (30) days

As conditions of the entry of this Order, Robert G. Weeks shall abide the following additional conditions:

1. He shall make one (1) telephone call to his Pre Trial Supervision Agent on either Tuesday, Wednesday or Thursday of each week he is outside the United States reporting his location, the activities in which he is engaged, and any changes in his projected schedule;

2. If the permitted travel is extended for any reason to a total of more than thirty-five days, Robert Weeks shall notify his counsel, advise him of the details of the circumstances requiring an extension of this order, and Counsel shall apply to the Court in writing for an extension of this order.

3. Robert Weeks shall report to his Pre Trial Supervision Agent by telephone within twenty-four hours of his return to the United States unless he arrives on Saturday, Sunday or a national holiday, in which case he shall notify his Agent on the next Monday.

4. On the same day he reports as required in paragraph 3, Robert Weeks shall return his Passport to his counsel who shall forthwith re-deposit it with the Clerk of Court.

Dated this 3rd day of August, 1999.

Ronald N. Boyce
U.S. Magistrate Judge

-2-

mas

United States District Court
for the
District of Utah
August 4, 1999

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   2:98-cr-00278

True and correct copies of the attached were mailed by the clerk to the following:

    Mr. Stewart C. Walz, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Leslie J. Hendrickson, Esq.
    SECURITIES AND EXCHANGE COMMISSION
    1801 CALIFORNIA ST #4800
    DENVER, CO   80202-2648

    Mr. James N. Barber, Esq.
    50 W BROADWAY #100
    SALT LAKE CITY, UT   84101-2006
    JFAX 9,3643406

    Mr. Max D Wheeler, Esq.
    SNOW CHRISTENSEN & MARTINEAU
    10 EXCHANGE PLACE
    PO BOX 45000
    SALT LAKE CITY, UT   84145-5000
    JFAX 9,3630400

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5245134

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136

    Mr. Walter F. Bugden, Esq.
    BUGDEN COLLINS & MORTON
    4021 S 700 E STE 400
    SALT LAKE CITY, UT   84107