FILED
CLERK, U.S. DISTRICT COURT

14 OCT 99 PM 4:07

DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | 2:98CR 278K |
| vs. | : | MAGISTRATE JUDGE BOYCE |
| | : | ORDER |
| ROBERT G. WEEKS, DAVID A. HESTERMAN AND TERRENCE DUNNE, | : | |
| Defendants. | : | |

On October 12, 1999, a status conference was held in the above captioned case. The defendants Weeks, Hesterman and Dunne were represented by their counsel, James Barber, Richard Van Wagoner, and Walter Bugden, respectively. The United States was represented by Assistant United States Attorney Stewart C. Walz, and Special Assistant United States Attorney Leslie Hendrickson-Hughes.

At the hearing, the United States announced its intention to seek a superseding indictment in the case, which superseding indictment, if returned, will add charges and defendants to the existing indictment. All defense counsel represented that they did not want a trial date set in this case until the superseding indictment is returned.

The court finds it is impractical to set a trial date at the present time because it is impossible to schedule a trial with the likelihood of additional defendants being involved. There is no way to accurately predict the length of the anticipated trial at the present time. Accordingly, it is HEREBY ORDERED:

1. No trial date is set in this case.

2. A status conference is scheduled for December 13, 1999 at 11:00 a.m.

3. Based upon the representation of the United States, the representations of defense counsel, and the record of the case, it is HEREBY ORDERED that the period of delay between October 12, 1999 and December 13, 1999, is excluded from the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161. The court specifically finds that the ends of justice outweigh the best interests of the defendants and the public in a speedy trial pursuant to 18 U.S.C. § 3161 (h)(8)(A) and (B) for the reasons stated at the hearing on Oct. 12, 1999.

DATED this _____ day of _____, 1999.

BY THE COURT:

_____
RONALD N. BOYCE
United States Magistrate Judge

ce

United States District Court
for the
District of Utah
October 15, 1999


\* \* MAILING CERTIFICATE OF CLERK \* \*


Re:  2:98-cr-00278


True and correct copies of the attached were mailed by the clerk to the following:

    Mr. Stewart C. Walz, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Leslie J. Hendrickson, Esq.
    SECURITIES AND EXCHANGE COMMISSION
    1801 CALIFORNIA ST #4800
    DENVER, CO  80202-2648

    Mr. James N. Barber, Esq.
    50 W BROADWAY #100
    SALT LAKE CITY, UT  84101-2006
    JFAX 9,3643406

    Mr. Max D Wheeler, Esq.
    SNOW CHRISTENSEN & MARTINEAU
    10 EXCHANGE PLACE
    PO BOX 45000
    SALT LAKE CITY, UT  84145-5000
    JFAX 9,3630400

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5245134

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136

    Mr. Walter F. Bugden, Esq.
    BUGDEN COLLINS & MORTON
    4021 S 700 E STE 400
    SALT LAKE CITY, UT  84107