

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff(s),<br><br>vs.<br><br>WEEKS<br><br>                Defendant(s). | ORDER OF REFERENCE<br><br>Case No. 2:98 cr 278 ST |

IT IS ORDERED that the prior order of the court referring the matter, as authorized by 28 U.S.C. § 636(b)(1)(B) and the rules of this Court, to Magistrate Judge Boyce is affirmed. The magistrate judge will continue to manage the case, receive all motions, hear oral arguments, conduct evidentiary hearings as deemed appropriate, and to submit to the undersigned judge a report and recommendation for the proper resolution of dispositive matters presented.

**DATED** this __6__ day of January, 2000.

                                        **BY THE COURT:**

                                        Ted Stewart<br>
                                        United States District Judge

```
                                                              ce
                    United States District Court
                             for the
                        District of Utah
                       January 7, 2000


              * * MAILING CERTIFICATE OF CLERK * *


Re:  2:98-cr-00278



True and correct copies of the attached were mailed by the clerk to the
following:
```

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Leslie J. Hendrickson, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO  80202-2648

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT  84101-2006
JFAX 9,3643406

Mr. Max D Wheeler, Esq.
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
JFAX 9,3630400

USMS
DISTRICT OF UTAH
,
JFAX 9,5245134

US Probation
DISTRICT OF UTAH
,
JFAX 9,5261136

Mr. Walter F. Bugden, Esq.
BUGDEN COLLINS & MORTON
4021 S 700 E STE 400
SALT LAKE CITY, UT  84107

Mr. Earl G Xaiz, Esq.
YENGICH RICH & XAIZ
175 E 400 S STE 400

SALT LAKE CITY, UT  84111
JFAX 9,3646026

Mr. Edward K. Brass, Esq.
321 S 600 E
SALT LAKE CITY, UT  84102
JFAX 9,3225677

Mr. Delano S Findlay, Esq.
923 E 5350 S STE E
SALT LAKE CITY, UT  84117
JFAX 9,2648043

Mr. Francis M Wikstrom, Esq.
PARSONS BEHLE & LATIMER
201 S MAIN ST STE 1800
PO BOX 45898
SALT LAKE CITY, UT  84145-0898
JFAX 9,5366111