# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>WEEKS, et al.<br>Defendants. | CASE NO. 2:98 cr 278 ST<br><br>Appearing on behalf of:<br><br>United States of America<br>(Plaintiff) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Stewart C. Walz, an Assistant United States Attorney for the District of Utah, hereby move the pro hac vice admission of petitioner, Leslie Hendrickson Hughes to practice as a Special Assistant United States Attorney in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: 2/9, 2000.

(Stewart C Walz)          (Utah Bar Number 3374)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Leslie Hendrickson Hughes, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that she is a member in good standing of the bar of the highest court of the State of Colorado; is a non-resident of the State of Utah; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates Stewart C. Walz, Assistant United States Attorney, as associate local counsel.

Date: January 25, 2000.          Check here ____ if petitioner is lead counsel.

Leslie Hendrickson Hughes
(Signature of Petitioner)

**Name of Petitioner:** Leslie Hendrickson Hughes     Office Telephone: (303) 844-1000
(Area Code and Main Office Number)

**Business Address:** Securities and Exchange Commission
1801 California Street, Suite 4800, Denver, Colorado 80202



## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Colorado State Bar | Denver, Colorado | November 1985 |
| U.S. District Court Colorado | Denver, Colorado | November 1985 |
| Montana State Bar | Helena, Montana | August 1986 |
| Tenth Circuit Court of Appeals | Denver, Colorado | June 1988 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| SEC v. PanWorld Minerals International Inc. | C-95-434S | 7/18/95 |
| SEC v. Orton et al. | 2:96 CV 0041C | 1/17/96 |
| SEC v. Investors Dynamics Corp. et al | 2:96 CV 0220 S | 3/14/96 |
| SEC v. PanWorld Mineral International Inc. et al. | 2:97 CV 0425 B | 6/5/97 |

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This __10th__ day of __February__, 20__00__.

_____
U.S. District Judge

jmo

United States District Court
for the
District of Utah
February 11, 2000


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:  2:98-cr-00278


True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Mr. Stewart C. Walz, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Leslie J. Hendrickson, Esq.
    SECURITIES AND EXCHANGE COMMISSION
    1801 CALIFORNIA ST #4800
    DENVER, CO  80202-2648

    Mr. James N. Barber, Esq.
    50 W BROADWAY #100
    SALT LAKE CITY, UT  84101-2006
    JFAX 9,3643406

    Mr. Max D Wheeler, Esq.
    SNOW CHRISTENSEN & MARTINEAU
    10 EXCHANGE PLACE
    PO BOX 45000
    SALT LAKE CITY, UT  84145-5000
    JFAX 9,3630400

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5244048

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136

    Mr. Walter F. Bugden, Esq.
    BUGDEN COLLINS & MORTON
    623 E 2100 S
    SALT LAKE CITY, UT  84107

    Mr. Earl G Xaiz, Esq.
    YENGICH RICH & XAIZ
    175 E 400 S STE 400

SALT LAKE CITY, UT  84111
JFAX 9,3646026

Mr. Edward K. Brass, Esq.
321 S 600 E
SALT LAKE CITY, UT  84102
JFAX 9,3225677

Mr. Delano S Findlay, Esq.
923 E 5350 S STE E
SALT LAKE CITY, UT  84117
JFAX 9,2648043

Mr. Francis M Wikstrom, Esq.
PARSONS BEHLE & LATIMER
201 S MAIN ST STE 1800
PO BOX 45898
SALT LAKE CITY, UT  84145-0898
JFAX 9,5366111