FILED

13 FEB 00 AM 9:51

MAX D. WHEELER (A3439)
RICHARD A. VAN WAGONER (A4690)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

Attorneys for Defendant David A. Hesterman

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs .<br><br>ROBERT G. WEEKS,<br>DAVID A. HESTERMAN,<br>TERRENCE DUNNE,<br>JOSEPH A. FABILLI,<br>CHRISTOPHER S. KNIGHT,<br>LAWRENCE A. KRASNY,<br>and KENNETH L. WEEKS,<br><br>　　　　Defendants. | **ORDER TO EXTEND MOTION CUTOFF**<br><br>2:98 CR 0278S<br><br>Judge David Sam<br><br>Magistrate Judge Boyce |

---

　　　　Based upon the motion of Defendant David A. Hesterman, through his counsel

of record, it is hereby



ORDERED that the motion cutoff date be extended from February 22, 2000 until ninety (90) days after the United States submits its final notice of discovery.

DATED this 18 day of February, 2000.

BY THE COURT:

*[signature]*

Magistrate Judge Boyce,
United States District Court

```
                                                                    jmo
                        United States District Court
                                  for the
                             District of Utah
                           February 18, 2000
```

** CERTIFICATE OF SERVICE OF CLERK **

Re:  2:98-cr-00278

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

```
    Mr. Stewart C. Walz, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Leslie Hendrickson Hughes, Esq.
    SECURITIES AND EXCHANGE COMMISSION
    1801 CALIFORNIA ST #4800
    DENVER, CO  80202-2648

    Mr. James N. Barber, Esq.
    50 W BROADWAY #100
    SALT LAKE CITY, UT  84101-2006
    JFAX 9,3643406

    Mr. Max D Wheeler, Esq.
    SNOW CHRISTENSEN & MARTINEAU
    10 EXCHANGE PLACE
    PO BOX 45000
    SALT LAKE CITY, UT  84145-5000
    JFAX 9,3630400

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5244048

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136

    Mr. Walter F. Bugden, Esq.
    BUGDEN COLLINS & MORTON
    623 E 2100 S
    SALT LAKE CITY, UT  84107

    Mr. Earl G Xaiz, Esq.
    YENGICH RICH & XAIZ
    175 E 400 S STE 400
```

SALT LAKE CITY, UT  84111
JFAX 9,3646026

Mr. Edward K. Brass, Esq.
321 S 600 E
SALT LAKE CITY, UT  84102
JFAX 9,3225677

Mr. Delano S Findlay, Esq.
923 E 5350 S STE E
SALT LAKE CITY, UT  84117
JFAX 9,2648043

Mr. Francis M Wikstrom, Esq.
PARSONS BEHLE & LATIMER
201 S MAIN ST STE 1800
PO BOX 45898
SALT LAKE CITY, UT  84145-0898
JFAX 9,5366111