FILED
CLERK, U.S. DISTRICT COURT

-5 APR 00 PM 4: 44

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

MAX D. WHEELER (A3439)
RICHARD A. VAN WAGONER (A4690)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000
Attorneys for Defendant David A. Hesterman

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER FOR TRAVEL** |
| Plaintiff, | |
| vs . | |
| ROBERT G. WEEKS, | |
| DAVID A. HESTERMAN, | 2:98 CR 0278S |
| TERRENCE DUNNE, | |
| JOSEPH A. FABILLI, | Judge Ted Stewart |
| CHRISTOPHER S. KNIGHT, | |
| LAWRENCE A. KRASNY, | Magistrate Judge Boyce |
| and KENNETH L. WEEKS, | |
| Defendants. | |

Based upon the Motion for Travel and for good cause shown, it is hereby

ORDERED that defendant, David A. Hesterman, may travel to Mexico with his family from April 20, 2000 through April 24, 2000; to Europe with his wife from May 5, 2000 through May 22, 2000, and his passport be relinquished to him for the periods of time he will be out of the country.



DATED this _____ day of _____, 2000.

BY THE COURT:

_____
Magistrate Judge Boyce,
United States District Court

N:\19607\1\ORDTRAVE.WPD

```
                                                          jmo
                  United States District Court
                             for the
                        District of Utah
                         April 6, 2000


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:98-cr-00278



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


      Mr. Francis M Wikstrom, Esq.
      PARSONS BEHLE & LATIMER
      201 S MAIN ST STE 1800
      PO BOX 45898
      SALT LAKE CITY, UT  84145-0898
      JFAX 9,5366111

      Mr. Delano S Findlay, Esq.
      923 E 5350 S STE E
      SALT LAKE CITY, UT  84117
      JFAX 9,2648043

      Mr. Edward K. Brass, Esq.
      321 S 600 E
      SALT LAKE CITY, UT  84102
      JFAX 9,3225677

      Mr. Earl G Xaiz, Esq.
      YENGICH RICH & XAIZ
      175 E 400 S STE 400
      SALT LAKE CITY, UT  84111
      JFAX 9,3646026

      Mr. Walter F. Bugden, Esq.
      BUGDEN COLLINS & MORTON
      623 E 2100 S
      SALT LAKE CITY, UT  84107

      US Probation
      DISTRICT OF UTAH
      ,
      JFAX 9,5261136

      USMS
      DISTRICT OF UTAH
      ,
      JFAX 9,5244048

      Mr. Max D Wheeler, Esq.
      SNOW CHRISTENSEN & MARTINEAU
```

10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
JFAX 9,3630400

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT  84101-2006
JFAX 9,3643406

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Leslie Hendrickson Hughes, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO  80202-2648

Richard van Wagoner
Snow Christenson & Martineau
PO Box 45000
SLC UT 84145