MAX D. WHEELER (A3439)
RICHARD A. VAN WAGONER (A4690)
ROBERT J. SHELBY (A8319)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000
Attorneys for Defendant David A. Hesterman



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT G. WEEKS,<br>DAVID A. HESTERMAN,<br>TERRENCE DUNNE,<br>JOSEPH A. FABILLI,<br>CHRISTOPHER S. KNIGHT,<br>LAWRENCE A. KRASNY,<br>and KENNETH L. WEEKS,<br><br>　　　　Defendants. | **ORDER FOR TRAVEL**<br><br>2:98 CR 0278S<br><br>Judge Ted Stewart<br><br>Magistrate Judge Boyce |

Based upon the Motion for Travel and for good cause shown, it is hereby,

ORDERED that defendant, David A. Hesterman, may travel to Europe from June 5, 2000 through June 12, 2000, and he may maintain possession of his passport until his return.

103

DATED this 23d day of May, 2000.

BY THE COURT:

*[signature]*

Magistrate Judge Boyce,
United States District Court

N:\19607\1\ORDTRAV2.WPD

```
                                                                    ksj
                     United States District Court
                              for the
                         District of Utah
                          May 24, 2000


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:98-cr-00278



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


     Mr. Francis M Wikstrom, Esq.
     PARSONS BEHLE & LATIMER
     201 S MAIN ST STE 1800
     PO BOX 45898
     SALT LAKE CITY, UT  84145-0898
     JFAX 9,5366111

     Mr. Delano S Findlay, Esq.
     923 E 5350 S STE E
     SALT LAKE CITY, UT  84117
     JFAX 9,2648043

     Mr. Edward K. Brass, Esq.
     321 S 600 E
     SALT LAKE CITY, UT  84102
     JFAX 9,3225677

     Mr. Earl G Xaiz, Esq.
     YENGICH RICH & XAIZ
     175 E 400 S STE 400
     SALT LAKE CITY, UT  84111
     JFAX 9,3646026

     Mr. Walter F. Bugden, Esq.
     BUGDEN COLLINS & MORTON
     4021 S 700 E STE 400
     SALT LAKE CITY, UT  84107
     JFAX 9,4671800

     US Probation
     DISTRICT OF UTAH
     ,
     JFAX 9,5261136

     USMS
     DISTRICT OF UTAH
     ,
     JFAX 9,5244048

     Mr. Max D Wheeler, Esq.
```

SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
JFAX 9,3630400

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT  84101-2006
JFAX 9,3643406

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Leslie Hendrickson Hughes, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO  80202-2648