FILED
CLERK, U.S. DISTRICT COURT

31 JUL 00 PM 4:56

DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

MAX D. WHEELER (3439)
RICHARD A. VAN WAGONER (4690)
ROBERT J. SHELBY (8319)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000
Attorneys for Defendant David A. Hesterman

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs . <br><br> ROBERT G. WEEKS, <br> DAVID A. HESTERMAN, <br> TERRENCE DUNNE, <br> JOSEPH A. FABILLI, <br> CHRISTOPHER S. KNIGHT, <br> LAWRENCE A. KRASNY, <br> and KENNETH L. WEEKS, <br><br> Defendants. | **ORDER FOR TRAVEL** <br><br><br><br> 2:98 CR 0278S <br><br> Judge Ted Stewart <br><br> Magistrate Judge Boyce |

Based upon the Motion for Travel and for good cause shown, it is hereby,

ORDERED that defendant, David A. Hesterman, may travel to Europe to conduct personal business from August 19, 2000 through August 25, 2000, and his passport be relinquished to him for the periods of time he will be out of the country.

112

DATED this 31st day of July, 2000.

BY THE COURT:

*[signature]*
Magistrate Judge Boyce,
United States District Court

N:\19607\1\ORDTRAV3.WPD

- 2 -

jmo

United States District Court
for the
District of Utah
August 1, 2000

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:98-cr-00278

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Mr. Francis M Wikstrom, Esq.
    PARSONS BEHLE & LATIMER
    201 S MAIN ST STE 1800
    PO BOX 45898
    SALT LAKE CITY, UT   84145-0898
    JFAX 9,5366111

    Mr. Delano S Findlay, Esq.
    923 E 5350 S STE E
    SALT LAKE CITY, UT   84117
    JFAX 9,2648043

    Mr. Edward K. Brass, Esq.
    321 S 600 E
    SALT LAKE CITY, UT   84102
    JFAX 9,3225677

    Mr. Earl G Xaiz, Esq.
    YENGICH RICH & XAIZ
    175 E 400 S STE 400
    SALT LAKE CITY, UT   84111
    JFAX 9,3646026

    Mr. Walter F. Bugden, Esq.
    BUGDEN COLLINS & MORTON
    623 E 2100 S
    SALT LAKE CITY, UT   84106
    JFAX 9,4671800

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5244048

    Mr. Max D Wheeler, Esq.

SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
JFAX 9,3630400

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT  84101-2006
JFAX 9,3643406

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Leslie Hendrickson Hughes, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO  80202-2648