

MAX D. WHEELER (3439)
RICHARD A. VAN WAGONER (4690)
ROBERT J. SHELBY (8319)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000
Attorneys for Defendant David A. Hesterman

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs .<br><br>ROBERT G. WEEKS,<br>DAVID A. HESTERMAN,<br>TERRENCE DUNNE,<br>JOSEPH A. FABILLI,<br>CHRISTOPHER S. KNIGHT,<br>LAWRENCE A. KRASNY,<br>and KENNETH L. WEEKS,<br><br>　　　　Defendants. | **ORDER FOR TRAVEL**<br><br>2:98 CR 0278S<br><br>Judge Ted Stewart<br><br>Magistrate Judge Boyce |

Based upon the Motion for Travel and for good cause shown, it is hereby,

ORDERED that defendant, David A. Hesterman, may travel to Europe to conduct personal business from September 13, 2000 through September 19, 2000, and he may maintain



personal possession of his passport until his return.

DATED this 5th day of September, 2000.

BY THE COURT:

*[signature]*

Magistrate Judge Boyce,
United States District Court

N:\19607\1\ORDTRAV3.WPD

- 2 -

```
                                                                tsi
                    United States District Court
                              for the
                          District of Utah
                        September 6, 2000


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:98-cr-00278



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


      Mr. Francis M Wikstrom, Esq.
      PARSONS BEHLE & LATIMER
      201 S MAIN ST STE 1800
      PO BOX 45898
      SALT LAKE CITY, UT  84145-0898
      JFAX 9,5366111

      Mr. Delano S Findlay, Esq.
      923 E 5350 S STE E
      SALT LAKE CITY, UT  84117
      JFAX 9,2648043

      Mr. Edward K. Brass, Esq.
      175 E 400 S STE 400
      SALT LAKE CITY, UT  84111
      JFAX 9,3225677

      Mr. Earl G Xaiz, Esq.
      YENGICH RICH & XAIZ
      175 E 400 S STE 400
      SALT LAKE CITY, UT  84111
      JFAX 9,3646026

      Mr. Walter F. Bugden, Esq.
      BUGDEN COLLINS & MORTON
      623 E 2100 S
      SALT LAKE CITY, UT  84106
      JFAX 9,4671800

      US Probation
      DISTRICT OF UTAH
      ,
      JFAX 9,5261136

      USMS
      DISTRICT OF UTAH
      ,
      JFAX 9,5244048

      Mr. Max D Wheeler, Esq.
```

SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
JFAX 9,3630400

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT  84101-2006
JFAX 9,3643406

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Leslie Hendrickson Hughes, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO  80202-2648