CLERK, U.S. FILED
DISTRICT COURT
OCT 18 2000 PM 3: 50
DISTRICT OF UTAH
BY:
DEPUTY CLERK

STEPHEN J. SORENSON, First Assistant United States Attorney (#3049)
STEWART C. WALZ, Assistant United States Attorney (#3374)
LESLIE HENDRICKSON-HUGHES, Special Assistant United States Attorney
Attorneys for the United States of America
185 South State Street, #400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:98CR 0278ST |
| Plaintiff, | : | GOVERNMENT'S OBJECTION TO THE REPORT AND RECOMMENDATION |
| | : | |
| TERRENCE DUNNE, et al., | : | |
| Defendant(s). | | |

The United States, by the undersigned Assistant United States Attorney, states that it has no objection to the Report and Recommendation of the United States Magistrate Judge in this case, with the following exception: The Report and Recommendation states that the United States may not rely on the republication doctrine because to do so would cause a variance with the facts alleged in the indictment. The Report and Recommendation ignores the allegation of Count Five of the indictment incorporating the factual allegations of paragraphs 1 through 7 of Count Four of the indictment. Paragraphs 1 through 7 of Count Four of the indictment discuss the audited financial statements included in and filed with Panworld's 1994 annual report, filed





with the SEC. The United States contends that these allegations sufficiently presented the theory that the defendant's conduct occurred at the time of the filing of the annual report.

DATED this 18th day of October, 2000.

STEPHEN J. SORENSON
Acting United States Attorney

STEWART C. WALZ
Assistant United States Attorney
LESLIE J. HENDRICKSON
Special Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing GOVERNMENT'S OBJECTION TO THE REPORT AND RECOMMENDATION was mailed to all parties named below, this 18 day of October, 2000.

    Walter Bugden
    Bugden, Collins & Morton
    4021 S. 700 E. Suite 400
    Salt Lake City, UT 84107

*[signature]*

3