11/08/2000 15:23 FAX 536 611⬛   Parsons Behle & Latimer⬛                    ☒005/005

FILED
CLERK, U.S. DIST. COURT

13 NOV 00 AM 8:00

DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

\* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ROBERT G. WEEKS, et al.,<br><br>Defendants. | Case No. 2:98CR 0278ST<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR EXTENSION OF DUE DATE FOR ADDITIONAL MEMORANDA CONCERNING DEFENDANTS' MOTION TO SUPPRESS EVIDENCE RELATING TO ROBERT CORDES<br><br>Judge Ted Stewart<br>Magistrate Judge Ronald Boyce |

\* \* \* \* \* \* \*

Upon consideration of the foregoing Joint Motion For Extension of Due Date For Additional Memoranda Concerning Defendants' Motion To Suppress Evidence Relating To Robert Cordes, the Motion is hereby GRANTED and the due date is extended to November 15, 2000.

DATED this 9th day of November, 2000.

_____
Magistrate Judge Ronald Boyce

370184.1

144

                                                                    jmo
                       United States District Court
                               for the
                          District of Utah
                         November 13, 2000


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:98-cr-00278


True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


    Mr. Francis M Wikstrom, Esq.
    PARSONS BEHLE & LATIMER
    201 S MAIN ST STE 1800
    PO BOX 45898
    SALT LAKE CITY, UT  84145-0898
    JFAX 9,5366111

    Mr. Delano S Findlay, Esq.
    923 E 5350 S STE E
    SALT LAKE CITY, UT  84117
    JFAX 9,2648043

    Mr. Edward K. Brass, Esq.
    175 E 400 S STE 400
    SALT LAKE CITY, UT  84111
    JFAX 9,3225677

    Mr. Earl G Xaiz, Esq.
    YENGICH RICH & XAIZ
    175 E 400 S STE 400
    SALT LAKE CITY, UT  84111
    JFAX 9,3646026

    Mr. Walter F. Bugden, Esq.
    BUGDEN COLLINS & MORTON
    623 E 2100 S
    SALT LAKE CITY, UT  84106
    JFAX 9,4671800

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5244048

    Mr. Max D Wheeler, Esq.

SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
JFAX 9,3630400

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT  84101-2006
JFAX 9,3643406

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Leslie Hendrickson Hughes, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO  80202-2648