FILED
27 NOV 00 PM 4:52
DISTRICT OF UTAH
BY: _____

RECEIVED
NOV 22 2000
U.S. MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

\* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ROBERT G. WEEKS, et al.,<br><br>   Defendants. | Case No. 2:98CR 0278ST<br><br>**ORDER GRANTING MOTION FOR PERMISSION TO FILE REBUTTAL MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE RELATING TO ROBERT CORDES**<br><br>Judge Ted Stewart<br>Magistrate Judge Ronald Boyce |

\* \* \* \* \* \* \*

Upon consideration of the Motion of Defendants Kenneth L. Weeks and David A. Hesterman for permission to file a rebuttal memorandum in support of their Motion To Suppress Evidence Relating to Robert Cordes, and the opposition thereto, if any, it is hereby ordered that the motion is granted. Defendants have until December 1, 2000 to file a rebuttal memorandum, not to exceed five pages in length.

DATED this 27th day of November, 2000.

_____
Magistrate Judge Ronald Boyce

373165.1

```
                                                            jmo
                    United States District Court
                              for the
                         District of Utah
                       November 28, 2000


             * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:98-cr-00278



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


       Mr. Francis M Wikstrom, Esq.
       PARSONS BEHLE & LATIMER
       201 S MAIN ST STE 1800
       PO BOX 45898
       SALT LAKE CITY, UT  84145-0898
       JFAX 9,5366111

       Mr. Delano S Findlay, Esq.
       923 E 5350 S STE E
       SALT LAKE CITY, UT  84117
       JFAX 9,2648043

       Mr. Edward K. Brass, Esq.
       175 E 400 S STE 400
       SALT LAKE CITY, UT  84111
       JFAX 9,3225677

       Mr. Earl G Xaiz, Esq.
       YENGICH RICH & XAIZ
       175 E 400 S STE 400
       SALT LAKE CITY, UT  84111
       JFAX 9,3646026

       Mr. Walter F. Bugden, Esq.
       BUGDEN COLLINS & MORTON
       623 E 2100 S
       SALT LAKE CITY, UT  84106
       JFAX 9,4671800

       Paul T. Moxley, Esq.
       HOLME ROBERTS & OWEN LLP
       111 E BROADWAY STE 1100
       SALT LAKE CITY, UT  84111
       JFAX 9,5219639

       Catherine L. Brabson, Esq.
       HOLME ROBERTS & OWEN LLP
       111 E BROADWAY STE 1100
       SALT LAKE CITY, UT  84111
       JFAX 9,5219639
```

```
US Probation
DISTRICT OF UTAH
,
JFAX 9,5261136

USMS
DISTRICT OF UTAH
,
JFAX 9,5244048
```

Mr. Max D Wheeler, Esq.
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
JFAX 9,3630400

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT  84101-2006
JFAX 9,3643406

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Leslie Hendrickson Hughes, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO  80202-2648