FILED

23 NOV 00 PM 4: 09

DISTRICT OF UTAH

BY:_____
      DEPUTY CLERK

RECEIVED CLERK

NOV 2 2 2000

U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

\* \* \* \* \* \* \*

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:98CR 0278ST |
| vs. | **ORDER GRANTING MOTION FOR PERMISSION TO FILE REBUTTAL MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE RELATING TO ROBERT CORDES** |
| ROBERT G. WEEKS, et al., | |
| Defendants. | |
|  | Judge Ted Stewart |
|  | Magistrate Judge Ronald Boyce |

\* \* \* \* \* \* \*

Upon consideration of the Motion of Defendants Kenneth L. Weeks and David A. Hesterman for permission to file a rebuttal memorandum in support of their Motion To Suppress Evidence Relating to Robert Cordes, and the opposition thereto, if any, it is hereby ordered that the motion is granted. Defendants have until December 1, 2000 to file a rebuttal memorandum, not to exceed five pages in length.

DATED this 28th day of November, 2000.

_____
Magistrate Judge Ronald Boyce

153

jmo

United States District Court
for the
District of Utah
November 29, 2000


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:98-cr-00278



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


     Mr. Francis M Wikstrom, Esq.
     PARSONS BEHLE & LATIMER
     201 S MAIN ST STE 1800
     PO BOX 45898
     SALT LAKE CITY, UT   84145-0898
     JFAX 9,5366111

     Mr. Delano S Findlay, Esq.
     923 E 5350 S STE E
     SALT LAKE CITY, UT   84117
     JFAX 9,2648043

     Mr. Edward K. Brass, Esq.
     175 E 400 S STE 400
     SALT LAKE CITY, UT   84111
     JFAX 9,3225677

     Mr. Earl G Xaiz, Esq.
     YENGICH RICH & XAIZ
     175 E 400 S STE 400
     SALT LAKE CITY, UT   84111
     JFAX 9,3646026

     Mr. Walter F. Bugden, Esq.
     BUGDEN COLLINS & MORTON
     623 E 2100 S
     SALT LAKE CITY, UT   84106
     JFAX 9,4671800

     Paul T. Moxley, Esq.
     HOLME ROBERTS & OWEN LLP
     111 E BROADWAY STE 1100
     SALT LAKE CITY, UT   84111
     JFAX 9,5219639

     Catherine L. Brabson, Esq.
     HOLME ROBERTS & OWEN LLP
     111 E BROADWAY STE 1100
     SALT LAKE CITY, UT   84111
     JFAX 9,5219639

US Probation
DISTRICT OF UTAH
,
JFAX 9,5261136

USMS
DISTRICT OF UTAH
,
JFAX 9,5244048

Mr. Max D Wheeler, Esq.
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT   84145-5000
JFAX 9,3630400

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT   84101-2006
JFAX 9,3643406

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Leslie Hendrickson Hughes, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO   80202-2648