FILED

22 DEC 00 AM 10: 25

DISTRICT UTAH

BY: _____
DEPUTY CLERK

MAX D. WHEELER (3439)
RICHARD A. VAN WAGONER (4690)
ROBERT J. SHELBY (8319)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

Attorneys for Defendant David A. Hesterman

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs .<br><br>ROBERT G. WEEKS,<br>DAVID A. HESTERMAN,<br>TERRENCE DUNNE,<br>JOSEPH A. FABILLI,<br>CHRISTOPHER S. KNIGHT,<br>LAWRENCE A. KRASNY,<br>and KENNETH L. WEEKS,<br><br>       Defendants. | **ORDER FOR TRAVEL**<br><br>2:98 CR 0278S<br><br>Judge Ted Stewart<br><br>Magistrate Judge Boyce |

Based upon the Motion for Travel and for good cause shown, it is hereby,



ORDERED that defendant, David A. Hesterman, may travel to conduct personal business from December 27, 2000 until December 28, 2000.

DATED this 22th day of December, 2000.

BY THE COURT:

*[signature]*

Magistrate Judge Boyce,
United States District Court

N:\19607\1\1221ORDE.WPD

- 2 -

alf

United States District Court
for the
District of Utah
December 22, 2000

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:  2:98-cr-00278

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

```
    Mr. Francis M Wikstrom, Esq.
    PARSONS BEHLE & LATIMER
    201 S MAIN ST STE 1800
    PO BOX 45898
    SALT LAKE CITY, UT   84145-0898
    JFAX 9,5366111

    Mr. Delano S Findlay, Esq.
    923 E 5350 S STE E
    SALT LAKE CITY, UT   84117
    JFAX 9,2648043

    Mr. Edward K. Brass, Esq.
    175 E 400 S STE 400
    SALT LAKE CITY, UT   84111
    JFAX 9,3225677

    Mr. Earl G Xaiz, Esq.
    YENGICH RICH & XAIZ
    175 E 400 S STE 400
    SALT LAKE CITY, UT   84111
    JFAX 9,3646026

    Mr. Walter F. Bugden, Esq.
    BUGDEN COLLINS & MORTON
    623 E 2100 S
    SALT LAKE CITY, UT   84106
    JFAX 9,4671800

    Paul T. Moxley, Esq.
    HOLME ROBERTS & OWEN LLP
    111 E BROADWAY STE 1100
    SALT LAKE CITY, UT   84111
    JFAX 9,5219639

    Catherine L. Brabson, Esq.
    HOLME ROBERTS & OWEN LLP
    111 E BROADWAY STE 1100
    SALT LAKE CITY, UT   84111
    JFAX 9,5219639
```

US Probation
DISTRICT OF UTAH
,
JFAX 9,5261136

USMS
DISTRICT OF UTAH
,
JFAX 9,5244048

Mr. Max D Wheeler, Esq.
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
JFAX 9,3630400

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT  84101-2006
JFAX 9,3643406

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Leslie Hendrickson Hughes, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO  80202-2648