MAX D. WHEELER (3439)
RICHARD A. VAN WAGONER (4690)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000



Attorneys for Defendant David A. Hesterman

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT G. WEEKS,<br>DAVID A. HESTERMAN,<br>TERRENCE DUNNE,<br>JOSEPH A. FABILLI,<br>CHRISTOPHER S. KNIGHT,<br>LAWRENCE A. KRASNY,<br>and KENNETH L. WEEKS,<br><br>　　　　Defendants. | **ORDER TO WITHDRAW**<br>**AS COUNSEL**<br><br><br><br>2:98 CR 0278S<br><br>Judge Ted Stewart<br><br>Magistrate Judge Boyce |

The Court has reviewed the Motion to Withdraw filed by counsel for Mr. Hesterman,

and good cause appearing therefor,

184

IT IS HEREBY ORDERED that Max D. Wheeler, Richard A. Van Wagoner and the law firm of Snow, Christensen & Martineau are granted leave of Court to withdraw as counsel for Mr. Hesterman.

DATED this 6th day of March, 2001.

BY THE COURT

Ted Stewart
United States District Judge

N:\19607\1\Order.withdraw.M05.wpd

- 2 -

jmo

United States District Court
for the
District of Utah
March 7, 2001


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:   2:98-cr-00278


True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Mr. Francis M Wikstrom, Esq.
    PARSONS BEHLE & LATIMER
    201 S MAIN ST STE 1800
    PO BOX 45898
    SALT LAKE CITY, UT  84145-0898
    JFAX 9,5366111

    Mr. Delano S Findlay, Esq.
    923 E 5350 S STE E
    SALT LAKE CITY, UT  84117
    JFAX 9,2648043

    Mr. Edward K. Brass, Esq.
    175 E 400 S STE 400
    SALT LAKE CITY, UT  84111
    JFAX 9,3225677

    Mr. Earl G Xaiz, Esq.
    YENGICH RICH & XAIZ
    175 E 400 S STE 400
    SALT LAKE CITY, UT  84111
    JFAX 9,3646026

    Mr. Walter F. Bugden, Esq.
    BUGDEN COLLINS & MORTON
    623 E 2100 S
    SALT LAKE CITY, UT  84106
    JFAX 9,4671800

    Paul T. Moxley, Esq.
    HOLME ROBERTS & OWEN LLP
    111 E BROADWAY STE 1100
    SALT LAKE CITY, UT  84111
    JFAX 9,5219639

    Catherine L. Brabson, Esq.
    HOLME ROBERTS & OWEN LLP
    111 E BROADWAY STE 1100
    SALT LAKE CITY, UT  84111
    JFAX 9,5219639

US Probation
DISTRICT OF UTAH
,
JFAX 9,5261136

USMS
DISTRICT OF UTAH
,
JFAX 9,5244048

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT   84101-2006
JFAX 9,3643406

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Leslie Hendrickson Hughes, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO   80202-2648

Mr. Max D Wheeler, Esq.
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT   84145-5000
JFAX 9,3630400