RECEIVED CLERK
FILED
CLERK, U.S. DISTRICT COURT MAR 20 2001

26 MAR 01 PM 5:04 DISTRICT COURT
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:98CR 0278ST |
| Plaintiff, | : | |
| vs. | : | ORDER OF CONTINUANCE |
| ROBERT G. WEEKS, | : | |
| DAVID A. HESTERMAN, | | |
| JOSEPH A. FABIILI, | : | |
| CHRISTOPHER S. KNIGHT, | | |
| LAWRENCE A. KRASNY, | : | |
| AND KENNETH L. WEEKS, | | |
| | : | |
| Defendants. | | |

On March 15, 2001, a status conference was held in the above-captioned case. The status conference was held as a result of the Order of the Court permitting withdrawal from the case by Defendant Hesterman's counsel and by the motion for continuance filed by the Defendant Krasny. The Court previously continued the trial without a date and set the status conference to schedule a new trial date.

James C. Bradshaw represented to the Court that he anticipated becoming counsel for the Defendant Hesterman, although he had not as of the date of the conference entered an appearance. In order to provide counsel for the Defendant Hesterman sufficient time to prepare for this case, which has previously been found to be complex, and with no objection from the other Defendants, IT IS HEREBY ORDERED:

1. Trial of this case is continued from April 23, 2001 until October 15, 2001; and

191

2.   The period of delay between April 23, 2001 and October 15, 2001, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B) from the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161 for reasons previously set forth in the record of this case and for the reasons enumerated above.

DATED this 26th day of March, 2001.

BY THE COURT:

RONALD N. BOYCE
United States Magistrate Judge

jmo

United States District Court
for the
District of Utah
March 28, 2001


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:  2:98-cr-00278


True and correct copies of the attached were either mailed or faxed by the clerk to the following:


    Mr. Francis M Wikstrom, Esq.
    PARSONS BEHLE & LATIMER
    201 S MAIN ST STE 1800
    PO BOX 45898
    SALT LAKE CITY, UT  84145-0898
    JFAX 9,5366111

    Mr. Delano S Findlay, Esq.
    923 E 5350 S STE E
    SALT LAKE CITY, UT  84117
    JFAX 9,2648043

    Mr. Edward K. Brass, Esq.
    175 E 400 S STE 400
    SALT LAKE CITY, UT  84111
    JFAX 9,3225677

    Mr. Earl G Xaiz, Esq.
    YENGICH RICH & XAIZ
    175 E 400 S STE 400
    SALT LAKE CITY, UT  84111
    JFAX 9,3646026

    Mr. Walter F. Bugden, Esq.
    BUGDEN COLLINS & MORTON
    623 E 2100 S
    SALT LAKE CITY, UT  84106
    JFAX 9,4671800

    Paul T. Moxley, Esq.
    HOLME ROBERTS & OWEN LLP
    111 E BROADWAY STE 1100
    SALT LAKE CITY, UT  84111
    JFAX 9,5219639

    Catherine L. Brabson, Esq.
    HOLME ROBERTS & OWEN LLP
    111 E BROADWAY STE 1100
    SALT LAKE CITY, UT  84111
    JFAX 9,5219639

US Probation
DISTRICT OF UTAH
,
JFAX 9,5261136

USMS
DISTRICT OF UTAH
,
JFAX 9,5244048

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT   84101-2006
JFAX 9,3643406

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Leslie Hendrickson Hughes, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO   80202-2648