FILED
CLERK, U.S. DISTRICT COURT

-4 JUN 01 AM 10: 01

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

JAMES C. BRADSHAW (#3768)
Attorney for David A. Hesterman
10 West Broadway, Suite 210
Salt Lake City, Utah 84101
Telephone: (801) 532-5297
Facsimile: (801) 532-5298

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. DAVID A. HESTERMAN, Defendant. | ORDER RELEASING PASSPORT Case No. 2:98CR-0278ST |
|---|---|

Based upon the defendant's motion and the stipulation of Pretrial Services and good cause appearing,

IT IS HEREBY ORDERED that the clerk of the court shall release David A. Hesterman's passport to him. The defendant shall return the passport to the court immediately upon his return.

DATED this 4th day of June 2001.

BY THE COURT:

_____
~~RONALD N. BOYCE~~ Ted Stewart
United States ~~Magistrate~~ Judge

202

jmo

United States District Court
for the
District of Utah
June 4, 2001


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:98-cr-00278


True and correct copies of the attached were either mailed or faxed by the clerk to the following:


    Mr. Francis M Wikstrom, Esq.
    PARSONS BEHLE & LATIMER
    201 S MAIN ST STE 1800
    PO BOX 45898
    SALT LAKE CITY, UT  84145-0898
    JFAX 9,5366111

    Mr. Delano S Findlay, Esq.
    923 E 5350 S STE E
    SALT LAKE CITY, UT  84117
    JFAX 9,2648043

    Mr. Edward K. Brass, Esq.
    175 E 400 S STE 400
    SALT LAKE CITY, UT  84111
    JFAX 9,3225677

    Mr. Earl G Xaiz, Esq.
    YENGICH RICH & XAIZ
    175 E 400 S STE 400
    SALT LAKE CITY, UT  84111
    JFAX 9,3646026

    Mr. Walter F. Bugden, Esq.
    BUGDEN COLLINS & MORTON
    623 E 2100 S
    SALT LAKE CITY, UT  84106
    JFAX 9,4671800

    Paul T. Moxley, Esq.
    HOLME ROBERTS & OWEN LLP
    111 E BROADWAY STE 1100
    SALT LAKE CITY, UT  84111
    JFAX 9,5219639

    Catherine L. Brabson, Esq.
    HOLME ROBERTS & OWEN LLP
    111 E BROADWAY STE 1100
    SALT LAKE CITY, UT  84111
    JFAX 9,5219639

US Probation
DISTRICT OF UTAH
,
JFAX 9,5261136

USMS
DISTRICT OF UTAH
,
JFAX 9,5244048

Mr. James C. Bradshaw, Esq.
BROWN BRADSHAW ANDERSON & MOFFAT LLP
10 W BROADWAY STE 210
SALT LAKE CITY, UT  84101
JFAX 9,5325298

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT  84101-2006
JFAX 9,3643406

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Leslie Hendrickson Hughes, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO  80202-2648