

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:98CR 0278ST |
| Plaintiff, | : | |
| vs. | : | ORDER OF CONTINUANCE |
| ROBERT G. WEEKS, <br> DAVID A. HESTERMAN, <br> JOSEPH A. FABIILI, <br> CHRISTOPHER S. KNIGHT, <br> LAWRENCE A. KRASNY, <br> AND KENNETH L. WEEKS, | : <br><br> : <br><br> : <br><br> : | |
| Defendants. | | |

On September 11, 2001, a stipulated motion for continuance was filed in this case. The grounds for the continuance are that the United States is involved in finalizing plea negotiations and obtaining evidence from defendants in this case. At the conclusion of this process, information will be supplied to defendants who do not enter into plea agreements and those defendants will need additional time to analyze the newly discovered evidence.

WHEREFORE, based upon the record of the case, the stipulated motion for continuance and good cause appearing, IT IS HEREBY ORDERED:

1. Trial of this case is continued from October 15, 2001 until February 25, 2002; and

2. The period of delay between October 15, 2001 and February 25, 2002, is excluded from the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161.

Specifically, the Court finds, for the reasons stated in the stipulated motion for continuance and because of the complexity of this case, that the ends of justice served by granting the continuance outweigh the best interests of the defendants and the public in a speedy trial.

18 U.S.C. § 3161(h)(8)(A) and (B).

DATED this 11th day of October, 2001.

BY THE COURT:

TED STEWART
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing ORDER OF CONTINUANCE was mailed to all parties named below, this ____ day of October, 2001.

Earl G. Xaiz, Esq.
Yengich, Rich, Xaiz
175 E. 400 S. #400
Salt Lake City, UT  84111

Ed Brass, Esq.
321 S. 600 E
Salt Lake City, UT  84102

Delano S. Findlay, Esq.
5350 S. 925 E. #E
Salt Lake City, UT  84117

Francis M. Wikstrom, Esq.
Douglas H. Owens
Parsons, Behle & Latimer
201 S. Main St. #1800
Salt Lake City, UT  84145

Paul Moxley
Attorney at Law
111 E. Broadway #1100
Salt Lake City, UT 84111 ,m, ,

James Barber, Esq.
50 West Broadway #100.
Salt Lake City, UT 84101-2006

Richard Van Wagoner, Esq.
Max D. Wheeler, Esq.
Robert J. Shelby, Esq.
Snow, Christensen & Martineau
10 Exchange Place
P.O. Box 45000
Salt Lake City, UT 84111

_[signature]_

ce

United States District Court
for the
District of Utah
October 12, 2001


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:  2:98-cr-00278


True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Mr. Francis M Wikstrom, Esq.
    PARSONS BEHLE & LATIMER
    201 S MAIN ST STE 1800
    PO BOX 45898
    SALT LAKE CITY, UT  84145-0898
    JFAX 9,5366111

    Mr. Delano S Findlay, Esq.
    923 E 5350 S STE E
    SALT LAKE CITY, UT  84117

    Mr. Edward K. Brass, Esq.
    175 E 400 S STE 400
    SALT LAKE CITY, UT  84111
    JFAX 9,3225677

    Mr. Earl G Xaiz, Esq.
    YENGICH RICH & XAIZ
    175 E 400 S STE 400
    SALT LAKE CITY, UT  84111
    JFAX 9,3646026

    Paul T. Moxley, Esq.
    HOLME ROBERTS & OWEN LLP
    111 E BROADWAY STE 1100
    SALT LAKE CITY, UT  84111
    JFAX 9,5219639

    Catherine L. Brabson, Esq.
    HOLME ROBERTS & OWEN LLP
    111 E BROADWAY STE 1100
    SALT LAKE CITY, UT  84111
    JFAX 9,5219639

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136

    USMS

DISTRICT OF UTAH

,
JFAX 9,5244048

Mr. James C. Bradshaw, Esq.
BROWN BRADSHAW ANDERSON & MOFFAT LLP
10 W BROADWAY STE 210
SALT LAKE CITY, UT  84101
JFAX 9,5325298

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT  84101-2006
JFAX 9,3643406

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE

,
JFAX 9,5245985

Leslie Hendrickson Hughes, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO  80202-2648