FILED

IN THE UNITED STATES DISTRICT COURT

14 DEC 01 AM 11:33

DISTRICT OF UTAH, CENTRAL DIVISION

BY:

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:98CR 0278ST |
| Plaintiff, | : | |
| | : | ORDER OF CONTINUANCE |
| vs. | : | |
| ROBERT G. WEEKS, DAVID A. HESTERMAN, TERRENCE DUNNE, JOSEPH A. FABIILI, CHRISTOPHER S. KNIGHT, LAWRENCE A. KRASNY, AND KENNETH L. WEEKS, | : : : | |
| Defendants. | : | |

Based upon the motion of the United States, the fact that counsel for the defendants are in agreement with the motion, and based upon the record of this case and judicial notice of the effect the 2001 Winter Olympics will have on Salt Lake City, Utah;

IT IS HEREBY ORDERED that trial of this case be continued from February 25, 2002, until March 18, 2002. It is further ordered that the period of delay is excluded, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), from the within which trial of this case must commence. The court finds that the ends of justice, as enumerated in the motion for continuance, outweigh the best interests of the defendants and the public in a speedy trial.

DATED this 13th day of December, 2001.

BY THE COURT:

TED STEWART
United States District Judge

226

```
                                                                  asp
                        United States District Court
                                   for the
                              District of Utah
                            December 17, 2001


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:98-cr-00278



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


      Mr. Francis M Wikstrom, Esq.
      PARSONS BEHLE & LATIMER
      201 S MAIN ST STE 1800
      PO BOX 45898
      SALT LAKE CITY, UT  84145-0898
      JFAX 9,5366111

      Mr. Delano S Findlay, Esq.
      923 E 5350 S STE E
      SALT LAKE CITY, UT  84117

      Mr. Edward K. Brass, Esq.
      175 E 400 S STE 400
      SALT LAKE CITY, UT  84111
      JFAX 9,3225677

      Mr. Earl G Xaiz, Esq.
      YENGICH RICH & XAIZ
      175 E 400 S STE 400
      SALT LAKE CITY, UT  84111
      JFAX 9,3646026

      Paul T. Moxley, Esq.
      HOLME ROBERTS & OWEN LLP
      111 E BROADWAY STE 1100
      SALT LAKE CITY, UT  84111
      JFAX 9,5219639

      Catherine L. Brabson, Esq.
      HOLME ROBERTS & OWEN LLP
      111 E BROADWAY STE 1100
      SALT LAKE CITY, UT  84111
      JFAX 9,5219639

      US Probation
      DISTRICT OF UTAH
      ,
      JFAX 9,5261136

      USMS
```

DISTRICT OF UTAH
,
JFAX 9,5244048

Mr. James C. Bradshaw, Esq.
BROWN BRADSHAW ANDERSON & MOFFAT LLP
10 W BROADWAY STE 210
SALT LAKE CITY, UT  84101
JFAX 9,5325298

Mr. James N. Barber, Esq.
50 W BROADWAY #100
SALT LAKE CITY, UT  84101-2006
JFAX 9,3643406

Mr. Stewart C. Walz, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Leslie Hendrickson Hughes, Esq.
SECURITIES AND EXCHANGE COMMISSION
1801 CALIFORNIA ST #4800
DENVER, CO  80202-2648